**Electronically Filed
Supreme Court
SCWC-21-0000039
31-DEC-2024
11:29 AM
Dkt. 15 ODAC**

SCWC-21-0000039

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TITLE GUARANTY ESCROW SERVICES, INC., a Hawaiʻi corporation,
Respondent/Plaintiff-Appellee,

vs.

WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Respondent/Defendant/Cross-Claim Defendant/
Cross Claimant-Appellee,

and

MICHAEL J. SZYMANSKI,
Petitioner/Defendant/Cross-Claimant/Third-Party Plaintiff/Cross-
Claim Defendant/Third-Party Counterclaim Defendant-Appellant,

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi Corporation;
SHINWA GOLF HAWAIʻI CO., LTD., a Hawaiʻi Corporation,
Respondents/Third-Party Defendants/Cross-Claim Defendants/
Third-Party Counterclaimants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000039; CASE NO. 2CC021000352)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Morikone, in place of Recktenwald, C.J., recused)

Petitioner Michael J. Szymanski's Application for Writ

of Certiorari, filed on November 25, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 31, 2024.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin T. Morikone

2